# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Daniel W. Milstein
Phone (212) 593-5366
Fax (212) 593-6970
dwmilstein@arfdlaw.com

December 10, 2020

VIA ECF

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

December 10, 2020

Re:   KURTZ, AMNA AND KURTZ MIA, CHILDREN UNDER EIGHTEEN YEARS OF AGE
      Our File No:   71.541
      SDNY Index No.: 20-CV-03401(PAE)

Dear Judge Engelmayer:

As you may recall, my office represents Dr. Sheena Ranade and Mount Sinai Hospital in the above-referenced matter. Via this letter motion, we hereby request an extension of time to December 30, 2020 to put in reply to the pending Motions to Dismiss. Reply is currently due December 11, 2020. We are requesting additional time to reply to adequately address and respond to the sheer volume of arguments made by plaintiffs in their opposition papers. This is our first request for an extension of time. Plaintiffs' counsel has graciously consented to our request.

Thank you for your consideration of this matter.

Very truly yours,

*Daniel W. Milstein*
Daniel W. Milstein
DWM\ma1