UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, et al.,

                        Plaintiffs,

          -v-

DAVID HANSELL, as the Duly Appointed
Commissioner of the New York City Administration
for Children's Services, et al.,

                        Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Plaintiff filed the complaint in this action on May 1, 2020.  Dkt. 1.  Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed.  Despite the Court granting several extensions of time for plaintiffs to do so, *see* Dkts. 106, 119, plaintiffs have not filed proof of service as to several defendants, some of whom have appeared in this action and others who have not.[1]  It is hereby ORDERED that plaintiffs advise the Court in writing why plaintiff failed to serve the Summons and Complaint within the authorized period, or, if plaintiff believes that these defendants have been served, when and in what manner such service was made.  It is further ORDERED that if the Court does not receive written communication from plaintiffs by **April 5, 2021**, showing good cause why such service was not made within the authorized time, the Court will dismiss plaintiffs' remaining claims against those defendants.

---

[1] From the Court's review of the docket, the non-appearing defendants as to whom plaintiffs have failed to file proof of service are: Bhojranie Maygoo, Eunice Iwenofu, and Esperanza Sandoval.  The appearing defendants as to whom plaintiffs have failed to so file are: David Hansell, Division of Child Protection, Brenda Lawson, Yscary Rodriguez, Dr. Marie Lupica, Dr. Ramzi Marwan Shaykh, Dr. Shari Platt, and New York Presbyterian Hospital/Weill Cornell.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 24, 2021
New York, New York