

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Sharon Sprayregen<br>Tel.: (212) 356-0873<br>ssprayre@law.nyc.gov |

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

        Re:  *Shveta Kakar Kurtz et. al. v. David Hansell et. al.,*
             20-CV-3401 (PAE)

Dear Judge Engelmayer:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the City of New York, David Hansell, the Commissioner of ACS, Yscary Rodriguez, and Brenda Lawson (hereinafter "Municipal Defendants") in the above-referenced matter.[1]

      I write to request an adjournment of the initial conference currently scheduled for April 28, 2021 at 11 a.m. This is Municipal Defendants' first request to adjourn this conference. Counsel for Plaintiffs and the Weil Cornell Defendants—the only parties remaining in the action—consent to this request. A deposition in another case with multiple parties was scheduled for April 28. Counsel for Plaintiffs and the Weil Cornell Defendants and I are available on May 4 and May 5, and the parties request the initial conference be adjourned to one of those date, or a date thereafter that is convenient for the Court.

      Thank you for your consideration of this request.

                                                      Respectfully,

                                                      /s/

---

[1] The Court dismissed ACS, the New York Comptroller, and the Division of Child Protection. *See* Dkt. No. 139 at 16.

        Sharon Sprayregen
        Assistant Corporation Counsel

cc:    All Counsel of Record

Granted.  The initial conference scheduled for April 28, 2021 is hereby adjourned to **May 4, 2021 at 12:00 p.m.**  The parties' joint letter and proposed case management plan are due by April 28, 2021.

    SO ORDERED.

*[Signature: Paul A. Engelmayer]*

        PAUL A. ENGELMAYER
April 21, 2021        United States District Judge