UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, A.K. KURTZ, a minor child, and M.K. KURTZ, a minor child,

                                Plaintiffs,

-v-

DAVID HANSELL, as the duly appointed Commissioner of the New York City Administration For Children's Services, et al.,

                                Defendants.

20 Civ. 3401 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

1. The parties' joint stipulated facts ("JSF") are due June 17, 2022. (The Court's law clerk will send counsel, as models, copies of helpful JSFs filed in connection with prior summary judgment motions.)

2. Defendants' briefs in support of summary judgment are due July 8, 2022.

3. Plaintiffs' opposition to defendants' briefs is due August 5, 2022.

4. Defendants' replies are due August 19, 2022.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: May 20, 2022
         New York, New York