UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, A.K., *a minor child*, and M.K., *a minor child*,

                          Plaintiffs,

           -v-

DR. MARIE LUPICA, *as treating physician and state actor operating under color of law* and NEW YORK PRESBYTERIAN HOSPITAL/WEILL-CORNELL MEDICAL CENTER,

                          Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Trial in this case is scheduled to begin on July 10, 2023. This is now a confirmed date. The Court will hold a final pretrial conference on **Wednesday, June 14, 2023 at 3 pm** at 40 Foley Square, Courtroom 1305, New York, NY 10007, at which it will resolve the pending motions *in limine*, Dkts. 244, 251, and review the parties' proposed pretrial order, Dkt. 245.

    SO ORDERED.

                                                                                     _____
                                                                              PAUL A. ENGELMAYER
                                                                              United States District Judge

Dated: May 25, 2023
         New York, New York