UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, and AMNA KAKAR KURTZ, *a minor child*,

                            Plaintiffs,

-v-

DR. MARIE LUPICA, *as treating physician and state actor operating under color of law* and NEW YORK PRESBYTERIAN HOSPITAL/WEILL-CORNELL MEDICAL CENTER,

                            Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's pretrial conference, the Court resolved the parties' motions *in limine*. The Court also requested letter briefing on several issues. Plaintiffs' letter is due **June 20, 2023**; defendants' response letter is due **June 23, 2023**. No reply is invited.

The Court also orders the parties to file a joint letter on **June 23, 2023**, addressing a separate set of issues raised at today's conference.

On consent of both parties, the Clerk of Court is respectfully directed to terminate Mia Kakar Kurtz as plaintiff in this case.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: June 14, 2023
         New York, New York