UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, A.K., *a minor child*, and M.K., *a minor child*,

                              Plaintiffs,

-v-

DR. MARIE LUPICA, *as treating physician and state actor operating under color of law* and NEW YORK PRESBYTERIAN HOSPITAL/WEILL-CORNELL MEDICAL CENTER,

                              Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on July 10, 2023. The Court will hold a final pretrial conference on **Thursday, June 29, 2023 at 3:30 pm** at 40 Foley Square, Courtroom 1305, New York, NY 10007, at which it will resolve the pending motions *in limine*. Dkts. 270, 273.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 27, 2023
       New York, New York