UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, and A.K., *a minor child*,

                        Plaintiffs,

-v-

DR. MARIE LUPICA, *as treating physician and state actor operating under color of law* and NEW YORK PRESBYTERIAN HOSPITAL/WEILL-CORNELL MEDICAL CENTER,

                        Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's pretrial conference, the Court resolved the parties' latest motions *in limine*. The Court also requested letter briefing on outstanding evidentiary issues relating to a witness's deposition testimony and the redactions from medical records. If the parties are unable to reach agreement on these issues, they are to file a joint letter outlining the issues and their respective positions by **Wednesday, July 5, 2023, at 5 p.m.**

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: June 29, 2023
        New York, New York