UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, *solely in their roles as parent-guardians,* and AMNA KAKAR KURTZ, *a minor child,*

                            Plaintiffs,

-v-

DR. MARIE LUPICA and NEW YORK PRESBYTERIAN HOSPITAL/WEILL-CORNELL MEDICAL CENTER,

                            Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is respectfully directed to update the caption of this case to reflect the parties as presented above.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: July 7, 2023
       New York, New York