UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, DANIEL L. KURTZ, and
A.K., *a minor child*,

                                        Plaintiffs,

            -v-

DR. MARIE LUPICA, *as treating physician and state
actor operating under color of law* and NEW YORK
PRESBYTERIAN HOSPITAL/WEILL-CORNELL
MEDICAL CENTER,

                                        Defendants.

---

20-CV-3401 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the notes sent by the jury during their deliberations.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 13, 2023
        New York, New York

JURY NOTE 1

IF we have a question
that is not brought up, do
we have ~~the~~ any right for
clarity or just take in
what the lawyers/witness says?

The BP cuff was put on the
    Baby's leg.
What is the pressure exharted?
It gets very tight on adult arms.

                                Just
Since this was done ~~agein~~ before
the baby was DC, could it            Weake
have done something to the baby? a too
Then exerbated by re-clothing,
putting baby in whatever harnass/baby
seat, etc, by parents?

Also: why nothing about the rib fractures?
    Seems after the initial fact.

JURY NOTE 2

THE

FOREMAN

IS

NUMBER

ONE

Please Ask

MR. Smallman

We asked

For :

- More Coffee
- Creamers
- MILK (For Coffee)

- Coffee Cups
- Stirrers

- Sweet + Low

JURY NOTE 3

1:27 pm

We have a verdict,
Unanimously, Under Liability
we have vote No to
the First Element


Foreman


JURY NOTE 4