UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHVETA KAKAR KURTZ, *et al.*,

                                      Plaintiffs,

-v-

DR. MARIE LUPICA, *et al.*,

                                      Defendants.

20 Civ. 3401 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The jury having returned a verdict in favor of defendants on July 13, 2023, the Court respectfully requests the Clerk of Court to prepare a judgment in this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 27, 2023
       New York, New York