UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHVETA KAKAR KURTZ, et al.,

                            Plaintiffs,

             -against-

DR. MARIE LUPICA, et al.,

                           Defendants.

-----------------------------------------------------------X

20 **CIVIL** 3401 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul A. Engelmayer, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
             September 25, 2023

So Ordered:

_Paul A. Engelmayer_
**U.S.D.J.**

RUBY J. KRAJICK
**Clerk of Court**

BY: _K. Mango_
**Deputy Clerk**